CRIMINAL TRIAL PROCEEDINGS  
MINUTE SHEET

DATE: 3/8/18

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|

| CASE TITLE<br>UNITED STATES OF AMERICA<br>V<br>DERRICK ORLANDO RAMSEY | CRIMINAL NO: 3:17CR61<br>JUDGE: GIBNEY<br>CT REPORTER: G. HALASZ, OCR |
|---|---|

MATTER COMES ON FOR:     JURY TRIAL ( X )    BENCH TRIAL ( )

APPEARANCES:    DFT WITH COUNSEL <u>Jeffrey Everhart, Esq.</u>  
                GOV'T <u>S. David Schiller, AUSA</u>  
                JURY PRESENT ( )  
BAIL STATUS:    DEFENDANT ON BOND ( X )    DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**  
JURY SWORN & EXAMINED ON VOIR DIRE (✓)   JURY EMPANELED & SWORN TO TRY ISSUE (✓)  
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( ) DEFENDANT ( ) COURT (✓)  
OPENING STATEMENTS MADE (✓)    OPENING WAIVED ( )  
GOVERNMENT ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( )  
DEFENDANT ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____  
REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )  
EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )  
JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR DISCHARGED ( )  
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:  
     DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )  
JURY RETIRED ( ) at _____ INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )  
JURY RETURNED VERDICT OF:    GUILTY AS CHARGED IN _____( )  
                                NOT GUILTY AS CHARGED IN _____( )  
JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )  
JUDGMENT: DEFENDANT _____ AS CHARGED IN _____( )  
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )    SGO ENTERED ( )

CASE CON'T TO: <u>March 9, 2018</u> AT <u>8:30am</u> FOR <u>Jury Trial - Day 2</u>

DEFENDANT CONTINUED ON PRESENT BOND (✓)    DEFENDANT REMANDED TO CUSTODY ( )  
ALL EXHIBITS RETURNED TO COUNSEL ( )

FURTHER NOTATIONS:

SET: 9:00 a.m.    BEGAN: 9:19 a.m.   ENDED 5:21 p.m.   TIME IN COURT: 6 HRS 33 MINS.  
RECESSES:                                                                (Voir Dire - 58)  
                                                                      (Trial - 5:35)

10:52-11:23; 12:39-1:30; 3:08-3:25

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

United States
V.
Derrick Orlando Ramsey

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17CR61

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Schiller | Everhart |
| March 8, 2018 | COURT REPORTER G. Halasz, OCR | COURTROOM DEPUTY Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Nyla J. ~~Nichole~~ Crawley |
| 6 | | | ✓ | ✓ | Surveillance video 7/11/16 robbery Oaklawn Blvd |
| | | | | | |
| ✓ | | | | | Kimberly Bitner |
| 8 | | | ✓ | | Flier for robbery on 7/21/16 |
| 9 | | | ✓ | | Image from surveillance video 7/21/16 |
| ✓ | | | | | VigneshKumar Patel |
| 1 | | | ✓ | | Surveillance video 6/30/16 robbery |
| ✓ | | | | | Lydia Bray |
| 4 | | | ✓ | | Surveillance video 7/11/16 robbery Temple Ave |
| ✓ | | | | | Michael Miles, Jr. |
| 10 | | | ✓ | | Surveillance video 7/29/16 robbery |
| ✓ | | | | | Timothy Sherrod, Jr. |
| 14 | | | ✓ | | Surveillance video 8/10/16 robbery |
| ✓ | | | | | Stephone Jordan |
| 20 | | | ✓ | | Facebook image |
| 3B | | | ✓ | | Photo of car |
| 2A-C | | | ✓ | | Still images 7/30/16 robbery |
| 5A-E | | | ✓ | | Still images 7/11/16 Temple Ave robbery |
| 8 | | | | | previously introduced |
| 9 | | | | | " |
| 11A-J | | | ✓ | | Still images 7/29/16 robbery |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

exhibits to be admitted under stipulation

Page 1 of 1

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | vs. | | Ramsey | CASE NO. 3:17cr61 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 13 | | | ✓ | | video from phone of Antonio Jones |
| 15 | A-C | | ✓ | | still images 8/10/16 robbery |
| | | | | | cross |
| | 1 | | ✓ | ✓ | photo of Jordan |
| 24 | | | ✓ | ✓ | agreement between witness Jordan and U.S. |
| ✓ | | | | | Joshua Hylton, Master Det. Chesterfield Co. PD & FBI Task Force |
| 22 | | | ✓ | | Executed Search Warrant return |
| 16 | | | ✓ | | Facebook business record of message sent |
| 21 | | | ✓ | | video clips of interview of Ramsey 5/12/17 |
| 18 | | | ✓ | ✓ | Norham employment records for Ramsey |
| 19 | | | ✓ | ✓ | VA Employment Commission report for Ramsey |
| 20 | | | | | previously introduced |
| 3A | | | ✓ | | Records from DMV |
| 25 | | | ✓ | ✓ | Transcript of clips of interview (21) |

Page 2 of _____ Pages