CRIMINAL TRIAL PROCEEDINGS
MINUTE SHEET                                                      DATE:   3/9/18

| United States District Court | Eastern District of Virginia – Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>V<br>DERRICK ORLANDO RAMSEY | CRIMINAL NO:   3:17CR61<br>JUDGE:  GIBNEY<br>CT REPORTER: G. HALASZ, OCR |

MATTER COMES ON FOR:        JURY TRIAL ( X – Day 2)     BENCH TRIAL (  )

APPEARANCES:    DFT WITH COUNSEL Jeffrey Everhart, Esq.
                GOV'T S. David Schiller, AUSA
                JURY PRESENT (  )
BAIL STATUS:    DEFENDANT ON BOND ( X )   DFT. INCARCERATED (  )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE (  )   JURY EMPANELED & SWORN TO TRY ISSUE (  )
WITNESSES EXCLUDED ON MOTION OF: GOV'T (  )  DEFENDANT (  )  COURT (  )
OPENING STATEMENTS MADE (  )       OPENING WAIVED (  )
GOVERNMENT ADDUCED EVIDENCE (  )   RESTED (✓)   MOTION (✓ - Granted in part (A)
DEFENDANT ADDUCED EVIDENCE    (✓) RESTED (✓)   MOTION (  ) _____
REBUTTAL EVIDENCE ADDUCED      (  )   SUR-REBUTTAL EVIDENCE ADDUCED (  )
EVIDENCE CONCLUDED (✓)   ARGUMENTS OF COUNSEL HEARD (✓) (B)
JURY CHARGED BY THE COURT (✓)      ALTERNATE JUROR DISCHARGED (✓)
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
     DEFENDANT (  )   GOVERNMENT (  )   NONE NOTED (✓)
JURY RETIRED (✓) at 3:38pm  INQUIRIES OF THE JURY RECEIVED; ANSWERED (  )
JURY RETURNED VERDICT OF:   GUILTY AS CHARGED IN Cts. 12 & 13 _____ (  )
                            NOT GUILTY AS CHARGED IN 1-9 _____ (  )
JURY UNABLE TO AGREE (  )   MISTRIAL DECLARED (  )   JURY DISCHARGED (✓)
JUDGMENT:  DEFENDANT _____ AS CHARGED IN _____ (  )
PSR ORDERED (✓) or WAIVED BY THE DEFENDANT (  )    SGO ENTERED (✓)

CASE CON'T TO: June 19, 2018 AT 2:00 pm FOR Sentencing

DEFENDANT CONTINUED ON PRESENT BOND (  )    DEFENDANT REMANDED TO CUSTODY (✓)
ALL EXHIBITS RETURNED TO COUNSEL (✓)

FURTHER NOTATIONS: A) mot for acquittal - as to Ct 11 - taken under advisement, Ct 13 - granted in part, will adjust instructions to jury, Ct 14 - granted
(B) Count 11 is dismissed

SET: 8:30 a.m.     BEGAN: 8:44 a.m.   ENDED: 6:40 p.m.   TIME IN COURT: 5 HRS 56 MINS.
RECESSES:
9:00-9:11; 9:20-9:40; 10:23-11:50; 11:52-12:06; 1:41-1:54;
2:04-2:13; 3:39-6:31

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

UNITED STATES
V.
DERRICK ORLANDO RAMSEY

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17CR61

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Schiller | Everhart |
| **DATE** March 9, 2018 | **COURT REPORTER** G. Halasz, OCR | **COURTROOM DEPUTY** Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Joshua Hylton - on cross |
| | | | | | |
| | | | | | Exhibits Govt 1-24 are admitted |
| | | | | | |
| | | | | | Stipulations put into record |
| ✓ | | | | | Anita Coleman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1