IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 3:17CR61 |
| | ) |
| DERRICK ORLANDO RAMSEY, | ) |
| a.k.a. "D.J." | ) |
| | ) |

## VERDICT FORM

### COUNT ONE
(Conspiracy)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count One.
(Guilty or Not Guilty)

### COUNT TWO
(Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Two.
(Guilty or Not Guilty)

### COUNT THREE
(Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Three.
(Guilty or Not Guilty)

## COUNT FOUR
### (Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Four.
(Guilty or Not Guilty)

## COUNT FIVE
### (Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Five.
(Guilty or Not Guilty)

## COUNT SIX
### (Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Six.
(Guilty or Not Guilty)

## COUNT SEVEN
### (Using or Carrying a Firearm During and in Relation to a Crime of Violence)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Seven.
(Guilty or Not Guilty)

If you found the defendant, DERRICK ORLANDO RAMSEY guilty of Count Seven, do you find the defendant brandished the firearm beyond a reasonable doubt?

_____ YES           _____ NO

## COUNT EIGHT
### (Robbery Affecting Commerce)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Eight.
(Guilty or Not Guilty)

## COUNT NINE
### (Using or Carrying a Firearm During and in Relation to a Crime of Violence)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Not Guilty__ as charged in Count Nine.
(Guilty or Not Guilty)

If you found the defendant, DERRICK ORLANDO RAMSEY, guilty of Count Nine, do you find the defendant brandished the firearm beyond a reasonable doubt?

_____ YES           _____ NO

## COUNT TWELVE
### (False Statement)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Guilty__ as charged in Count Twelve.
(Guilty or Not Guilty)

## COUNT THIRTEEN
### (False Statement)

We the jury, unanimously find the defendant, DERRICK ORLANDO RAMSEY,

__Guilty__ as charged in Count Thirteen.
(Guilty or Not Guilty)

So, Say We All, this 1 day of March 2018

Pursuant to the E-Govt Act, the original of this page has been filed under seal in the Clerk's Office.

FOREPERSON