IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17CR61-02

DERRICK ORLANDO RAMSEY

O R D E R

For good cause appearing to the Court, it is ORDERED that the jurors in the above entitled case be kept together in the custody of the United States Marshal, who shall furnish them lunch on March 8 and lunch and dinner on March 9, 2018 at the expense of the United States, submitting the bills to the Clerk of the Court for payment.

/s/
John A. Gibney, Jr.
United States District Judge

Dated: 3/13/18